

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00060-CV

Columbia Valley Healthcare System L.P., d/b/a Valley Regional Medical Center
(misnamed Brownsville-Valley Regional Medical Center) and Geraldine Mullane, M.D.
v.
Oscar Rodriguez

On Appeal from the
107th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DCL-01289

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be vacated and the cause remanded to the trial court. The Court orders the judgment of the trial court VACATED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against the party incurring the same.

We further order this decision certified below for observance.

October 28, 2021